```
                                        FILED

                                   2008 JUL -9 PM 2:47

                                   CLERK US DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY_____KNH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2259 BTM

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. _____ |
| Plaintiff,                          ) | I N D I C T M E N T |
| v.                                  ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ALFREDO CHAVARRIA-SAUCEDO,          ) | |
| Defendant.                          ) | |

The grand jury charges:

On or about June 13, 2008, within the Southern District of California, defendant ALFREDO CHAVARRIA-SAUCEDO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

CEM:fer:Imperial
7/7/08

1  It is further alleged that defendant ALFREDO CHAVARRIA-SAUCEDO
2 was removed from the United States subsequent to May 16, 2007.
3  DATED: July 9, 2008.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney