AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALFREDO CHAVARRIA-SAUCEDO | CASE NUMBER: 08CR 2259-BTM |

I, ALFREDO CHAVARRIA-SAUCEDO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  8/22/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_Bridget Kennedy_
Counsel for Defendant

Before _[signature]_
Judicial Officer

AUG 22 2008